# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2043
Lower Tribunal No. 2022-CA-4331-O

_____

ELAINE MCINTOSH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Lisa T. Munyon, Judge.

January 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.


Zeffery A. Mims, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Veronica Burianek, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED